**JEFFREY COHN**
ATTORNEY AT LAW
35 EAST 85TH STREET No. 4B
NEW YORK, NEW YORK 10028
JCOHNLAW@HOTMAIL.COM

TEL. 646-201-5202                                    FAX 646-304-2169



November 4, 2009

BY HAND DELIVERY
Honorable Loretta A. Preska
United States District Judge
Southern District of New York

Re: *United States v. Jairo Rendon-Herrera*,
S3 04 Cr. 962 (LAP)

Dear Judge Preska,

I write for three reasons: 1) to request that Your Honor postpone your decision on Mr. Rendon-Herrera's pending motions; 2) keep the currently scheduled November 10, 2009 appearance for the purpose of substituting me as lead counsel; and 3) excuse Omar Lopera, Esq.'s appearance. Since the parties are now engaged in discussions for a disposition which would moot the Court's decision(s) on the motions and Mr. Lopera will remain as co-counsel, such relief is warranted. The government, by A.U.S.A. Ben Naftalis, consents to these requests.

*all of the above are*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*November 5, 2009*

Sincerely,

Jeffrey Cohn

Copy/   A.U.S.A. Ben Naftalis (by hand delivery)