RECEIVED
DEC 28 2009
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

JEFFREY COHN
ATTORNEY AT LAW
35 EAST 85TH STREET No. 4B
NEW YORK, NEW YORK 10028
JCOHNLAW@HOTMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/10

TEL. 646-201-5202                                                                FAX 646-304-2169

BY HAND DELIVERY                                              December 24, 2009
Honorable Loretta A. Preska
United States District Judge
Southern District of New York

    Re:    <u>United States v. Jairo Rendon-Herrera</u>, 04 Cr. 962 (LAP)

Dear Judge Preska,

    I write to request that Your Honor adjourn the next scheduled Court appearance in the above-referenced case for one month. In the time since our last conference, the parties have been engaged in negotiations aimed at a disposition which would moot the pending motions and resolve the criminal allegation against Jairo. In Jairo's view, the inertia of these negotiations would be impeded by further litigating his pending motions at this juncture, which is the purpose for the January 4, 2010 appearance. Although the pending motions should continue to toll the speedy trial clock, in an abundance of caution we ask that the clock also be tolled for the continuation of negotiations aimed at resolving this case without further adversarial proceedings. The government, by A.U.S.As. Jocelyn Strauber and Benjamin Naftalis, consent to this request.

    Finally, I also remind the Court that Jairo, suffering from the conditons described in my November 23, 2009 letter, still awaits Your Honor's decision on the proposed order included with that letter.

*The conference is adjourned to February 17, 2010 at 4:00 p.m.*

*So ordered*
*Loretta A Preska*
*USDJ*
*December 30, 2009*

Sincerely,

Jeffrey Cohn

copy/ AUSAs J. Strauber + Ben Naftalis (by hand)