

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 25, 2010

**By Facsimile**
The Honorable Loretta A. Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 3/26/10

Re:  United States v. Rendon-Herrera et al.,
     S3 04 Cr. 962 (LAP)

Dear Chief Judge Preska:

        The Government respectfully requests that the
conference scheduled for March 29, 2010, at 4:30 p.m., be
adjourned.  The parties are actively discussing disposition of
this matter without trial and jointly request an additional six
weeks for those discussions to continue.  Based on a conversation
with your Honor's chambers, the Government respectfully proposes
that the conference be adjourned to Tuesday, May 12 at 4:00 p.m.
The parties further request that your Honor exclude the time from
March 29, 2010 until May 12, 2010, from Speedy Trial Act
calculations, pursuant to Title 18, United States Code, Section
3161(h)(7)(A).  Such an exclusion of time serves the interests of
justice and outweighs the interests of the defendant and the
public in a speedy trial, because it allows the parties to
continue their disposition discussions.  A proposed order is
attached.  The Government also notes that time is also
appropriately excluded due to the pending motions in this case,
pursuant to 18 U.S.C. § 3161(h)(1)(D).

*So Ordered*
*Loretta A Preska*
*USDJ*

*March 26, 2010*

By:

cc: Jeff Cohn, Esq.

Respectfully submitted,

PREET BHARARA
United States Attorney

Benjamin Naftalis/Jocelyn Strauber
Assistant United States Attorneys
Tel. Nos.: (212) 637-2456/ -1034
Fax. No.: (212) 637-0097