USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                              :

UNITED STATES OF AMERICA
                              :    CONSENT
      -v.-                            ORDER OF FORFEITURE
                              :
JAIRO DE JESUS RENDON-HERRERA,    S4 04 Cr. 962(LAP)
   a/k/a "J,"                     :

              Defendant.   :
- - - - - - - - - - - - - - - - -x

WHEREAS, on or about January 20, 2011, JAIRO DE JESUS RENDON-HERRERA, a/k/a "J," (the "defendant"), was charged in a one-count Information S4 04 Cr. 962 (LAP) (the "Information"), with conspiracy to conduct financial transactions involving the proceeds of specified unlawful activity, knowing that the transactions were designed to conceal and disguise the nature location, source, ownership and control of those proceeds, in violation of Title 18, United States Code, Section 1956(A)(1)(B)(I) and (h), (Count One);

WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 18 U.S.C. §§ 982(a)(1) and 1956, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including, but not limited to, a sum of money equal to at least $9.6 million in United States currency, representing the amount of property involved in the money laundering offense and traceable to the money laundering offense;

WHEREAS, on or about January 20, 2011, the defendant pled guilty to the offense listed in the Information pursuant to a plea agreement (the "Plea Agreement");

WHEREAS, in the plea agreement, the defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1) and 1956, all right, title and interest in all assets, foreign and domestic, including a sum of money equal to $9.6 million in United States Currency, representing certain foreign assets of the defendant (the "Money Judgment");

WHEREAS, the defendant agreed to satisfy his forfeiture judgment within eighteen months of his release from any term of incarceration;

WHEREAS, the defendant consents to the forfeiture money judgment in an amount of $9.6 million in satisfaction of the forfeiture obligation;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney Assistant United States Attorneys, Jocelyn Strauber and Benjamin Naftalis, and the defendant Jairo de Jesus Rendon-Herrera and Jeff Cohn, Esq. as counsel:

1. As a result of the offenses in the Information,

for which the defendant pled guilty, a money judgment in the amount of $9.6 million shall be entered against the defendant, as part of his criminal sentence.

2. The Money Judgment shall be satisfied within eighteen months of the defendant's release from custody of the United States Bureau of Prisons.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture is final as to the defendant, Jairo de Jesus Rendon-Herrera, and shall be deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. All payments on the outstanding judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5. Upon execution of this Consent Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit any payments made on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Sharon Cohen Levin, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. The signature pages of this order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____  1/20/11
JOCELYN STRAUBER/BENJAMIN NAFTALIS      DATE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1034/2456

JAIRO de JESUS RENDON HERRERA
DEFENDANT

By: _____  1/20/11
JAIRO de JESUS RENDON HERRERA          DATE

By: _____  1/20/11
JEFF COHN, Esq.                        DATE
Attorney for Defendant

SO ORDERED:

_____  1/20/11
HONORABLE LORETTA A. PRESKA            DATE
UNITED STATES DISTRICT CHIEF JUDGE

5