MAILED TO COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/11

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAIRO DE JESUS RENDON-HERRERA,

    a/k/a "J,"

             Defendant.

- - - - - - - - - - - - - - - - X

ORDER OF JUDICIAL
REMOVAL

S4 04 Cr. 962 (LAP)

Upon the application of the United States of America, by Jocelyn Strauber, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Jairo de Jesus Rendon-Herrera ("the defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a native of Colombia and a citizen of Colombia.

3.     The defendant was paroled into the United States on or about July 31, 2009 from Panama.

4.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in this Court of violations of Title 18 United States Code, Sections 1956(a)(1)(B)(i), and (h) (money laundering conspiracy).

5.     A maximum sentence of 20 years' imprisonment may be imposed for a

violation of 18 U.S.C. § 1956(a)(1)(B)(i).

6.    The defendant is subject to removal under section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1182(a)(7)(A)(i)(II), as an immigrant who, at the time of application for admission, is not in possession of a valid nonimmigrant visa or border crossing card identification card; and under section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as amended, as an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

8.    The defendant has waived his right to notice and a hearing under section 238(c) of the INA, 8 U.S.C. § 1228(c).

9.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Panama or, in the alternative, to Colombia, promptly upon his sentencing.

Dated:    New York, New York
          May 5, 2011

_Loretta A. Preska_
HON. LORETTA A. PRESKA
CHIEF UNITED STATES DISTRICT JUDGE